# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR126** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **LAWRENCE WILSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's second Motion to continue trial [17]. For good cause shown, the court will grant a final continuance to July 29, 2008.

**IT IS ORDERED** that defendant's motion [17] is granted, as follows:

1.    The trial of this matter is continued to **July 29, 2008.** This is a final continuance.

2.    In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **June 24, 2008 and July 29, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel need additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED June 16, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**